NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED


IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


VICTORINO CATI, DOC# H26754,          )
                                      )
              Appellant,              )
                                      )
v.                                    )          Case No. 2D17-1313
                                      )
JESSICA CATI,                         )
                                      )
              Appellee.               )
_____)

Opinion filed March 14, 2018.

Appeal from the Circuit Court for Polk
County; John Radabaugh, Judge.

Victorino Cati, pro se.

No appearance for Appellee.


PER CURIAM.

          Affirmed.


VILLANTI, BLACK, and SALARIO, JJ., Concur.